a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEZREEL ALONSO BLANDON OCHOA #A220197428,<br>Petitioner | CIVIL DOCKET NO. 1:24-CV-00192<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| I C E DETENTION CENTER,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Jezreel Alonso Blandon Ochoa ("Ochoa"). Ochoa is an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. He alleges that his continued detention is unlawful.

Because additional information is needed to review the Petition, Ochoa must AMEND.

I. Background

Ochoa is a native and citizen of Nicaragua. Ochoa alleges that he was granted voluntary departure on September 13, 2023, but remains detained. Ochoa asserts that his detention is unlawful as an "undetermined amount of time." ECF No. 1. He seeks release or deportation. *Id.* at 7.

1

## II. Law and Analysis

Ochoa does not state the time within which he was ordered to depart voluntarily, nor does he provide the reason he failed to depart. It is unclear whether Ochoa allege is now subject to a final order of removal.

The Government can detain aliens ordered removed during a 90-day removal period, and it is presumptively constitutional for an immigration detainee to be detained up to six months beyond the 90-day removal period. *See Zadvydas v. Davis*, 533 U.S. 678 (2001).

Accordingly, Ochoa must amend his Petition to state: (1) the time within which he was ordered to depart voluntarily in the September 13, 2023 order; (2) the reason he failed to depart; and (3) whether he is now subject to a final order of removal. Ochoa must also provide a copy of any removal order or voluntary departure order issued.

## III. Conclusion

Because additional information is needed to review his claim, IT IS ORDERED that Ochoa AMEND his Petition within 30 days of the date of this Order to provide the information and documentation listed above.

SIGNED on Wednesday, March 13, 2024.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE