UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JEZREEL ALONSO BLANDON OCHOA #A220197428** | **CASE NO. 1:24-CV-00192 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **I C E DETENTION CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers on this 1st day of May, 2024.

_____
**JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE**